

ORIGINAL

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Heather R. Skeeles-Shiner
phone: 212-788-1165
fax: 212-788-0877
email: hskeeles@law.nyc.gov

June 6, 2008

JUN - 9 2007
CHAMBERS OF
JUDGE MARRERO

**BY HAND**

Hon. Victor Marrero
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

    Re:  Gaines v. New York City Department of Correction, et al., 1:08-CV-02208 (VM)

Dear Judge Marrero,

    I am the Assistant Corporation Counsel recently assigned to represent Defendant the New York City Department of Correction ("DOC") in the above-referenced action. I write to respectfully request that all Defendants' time to respond to the Amended Complaint be extended until July 7, 2008. This is the first request for an extension by Defendants. Because Plaintiff is *pro se* and currently incarcerated, I was unable to obtain his consent to this request.

    I request this extension so that I may have adequate time to obtain information from my client, obtain and review all relevant records, fully investigate Plaintiff's allegations, and to prepare an appropriate response. Further, additional time is needed for this office to determine whether the Corporation Counsel may represent the individual defendants under section 50-k of the New York General Municipal Law.

    Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

Heather Skeeles-S

Heather R. Skeeles-Shiner
Assistant Corporation Counsel



Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 7-7-08.

SO ORDERED.

6-10-08
DATE    VICTOR MARRERO, U.S.D.J.

2

**CC BY MAIL:**    Horace Gaines
441-07-14618
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370