UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HORACE GAINES,

                                  Plaintiff,

                    -against-

THE CITY OF NEW YORK DEPARTMENT OF
CORRECTION, CORRECTION WARDEN VALERIE
OLIVER, CORRECTION CAPTAIN WILLIAMS #127,
CORRECTION OFFICER WALKER #17122,
CORRECTION OFFICER TOBERT #15886,
CORRECTION OFFICER FENELON,

                             Defendants.

------------------------------------------------------------------------ x

**ANSWER TO AMENDED COMPLAINT**

08-CV-2208 (VM)

        Defendants the City of New York Department of Correction ("DOC"), Correction

Warden Valerie Oliver, Correction Captain Williams #127, Correction Officer Walker #17122,

Correction Officer Tobert #15886, and Correction Officer Fenelon,[1] by their attorney, Michael

A. Cardozo, Corporation Counsel of the City of New York, for their Answer to the Amended

Complaint[2] ("the Complaint"), respectfully allege as follows:

---

[1] Plaintiff, who is *pro se*, refers to Defendant "Correction Warden Valerie Oliver", who upon information and belief is Chief Valerie Oliver; Defendant "Correction Officer Walker #17122", who upon information and belief is Correction Officer Christian Woelker; and Defendant "Correction Officer Tobert #15886," who upon information and belief is Correction Officer Alfredo Tolentino. Accordingly, hereafter, Defendants "Warden Valerie Oliver", "Correction Officer Walker", and "Correction Officer Tobert" will be referred to as Chief Valerie Oliver, Correction Officer Christian Woelker, and Correction Officer Alfredo Tolentino.

[2] For the purposes of this Answer, Defendants have broken down the Amended Complaint into numbered paragraphs, a copy of which is annexed as Exhibit 1.

1.      Deny the allegations set forth in Paragraph 1 of the Complaint, except admit that Plaintiff purports to proceed as described therein.

2.      Deny the allegations set forth in Paragraph 2 of the Complaint, except admit that Plaintiff purports to proceed as described therein.

3.      Deny the allegations set forth in Paragraph 3 of the Complaint, except admit that Plaintiff purports to proceed as described therein.

4.      Deny the allegations set forth in Paragraph 4 of the Complaint, except admit that upon information and belief, Plaintiff Horace Gaines ("Plaintiff") is deaf, and admit that Plaintiff was in DOC custody at all times from December 3, 2007 to December 8, 2007, and admit that on December 5, 2007 at 5:07 p.m. Plaintiff was transferred from DOC's Vernon C. Bain Center ("VCBC") to DOC's Anna M. Kross Center ("AMKC").

5.       Deny the allegations set forth in Paragraph 5 of the Complaint, except admit that on December 8, 2007, Plaintiff was housed at DOC's George Motchan Detention Center ("GMDC") in the 6 Main B side cell housing area.

6.      Deny the allegations set forth in Paragraph 6 of the Complaint.

7.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Complaint, except deny that Defendants acted with deliberate indifference.

8.      Deny the allegations set forth in Paragraph 8 of the Complaint.

9.      Deny the allegations set forth in Paragraph 9 of the Complaint.

10.     Deny the allegations set forth in Paragraph 10 of the Complaint.

11.     Deny the allegations set forth in Paragraph 11 of the Complaint, except admit that Plaintiff purports to proceed as described therein.

12.     Deny the allegations set forth in Paragraph 12 of the Complaint, except admit that Plaintiff purports to proceed as described therein.

13.     Deny the allegations set forth in Paragraph 13 of the Complaint, except admit that DOC has a grievance procedure for inmates, and respectfully refer the Court to DOC Directive #3375RA, *Inmate Grievance Resolution Procedure*, dated March 13, 2008, for a full and accurate description of DOC's grievance procedures.

14.     Paragraph 14 does not allege any factual assertions that require a response, however, to the extent that it is construed to do so, Defendants deny and respectfully refer the Court to DOC Directive #3375RA, *Inmate Grievance Resolution Procedure*, dated March 13, 2008, for a full and accurate description of DOC's grievance procedures.

15.     Deny the allegations set forth in Paragraph 15 of the Complaint, except admit that Plaintiff filed a complaint with the GMDC Inmate Grievance Resolution Committee ("IGRC") dated January 10, 2008, and respectfully refer the Court to the January 10 complaint, which is attached as an exhibit to the Complaint, for a full and accurate description of its contents.

16.     Paragraph 16 does not allege any factual assertions that require a response, however, to the extent that it is construed to do so, Defendants deny.

17.     Paragraph 17 does not allege any factual assertions that require a response, however, to the extent that it is construed to do so, Defendants deny.

18.     Deny the allegations set forth in Paragraph 18 of the Complaint, and respectfully refer the Court to DOC Directive #3375RA, *Inmate Grievance Resolution Procedure*, dated March 13, 2008, for a full and accurate description of DOC's grievance procedures.

19.     Deny the allegations set forth in Paragraph 19 of the Complaint, except admit that Plaintiff is requesting the relief set forth therein.

20.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

21.     The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

22.     Defendants have not violated any of Plaintiffs' rights, privileges or immunities under the U.S. Constitution, the laws of the United States, the New York Constitution, or any laws of the State of New York.

## THIRD AFFIRMATIVE DEFENSE

23.     At all times relevant to the acts alleged in the Complaint, Defendants acted reasonably, properly, lawfully, and in good faith, and did not act with deliberate indifference.

## FOURTH AFFIRMATION DEFENSE

24.     Defendants exercised reasonable care and breached no duties.

## FIFTH AFFIRMATIVE DEFENSE

25.     The Court lacks personal jurisdiction over some or all of the Defendants.

## SIXTH AFFIRMATIVE DEFENSE

26.     Some or all of the individually named Defendants are immune under the doctrine of qualified immunity.

## SEVENTH AFFIRMATIVE DEFENSE

27.     Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act.

**WHEREFORE**, Defendants request judgment as follows:

A.  in favor of Defendants dismissing the Complaint and denying all relief requested therein;

B.  for costs, fees and other disbursements incurred in connection with this action; and

C. for such other and further relief as the Court deems just and proper.

Dated:          New York, New York
                July 7, 2008

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                             City of New York
                            Attorney for Defendants
                            100 Church Street, Room 2-165
                            New York, New York  10007
                            212-788-1165


                            By:          /s/
                               _____
                               Heather R. Skeeles-Shiner
                               Assistant Corporation Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DIST. C. ... RT
FILED
MAY 16 2008
S.D. OF N.Y.

PRO SE ... FI

Horace Gaines

Amended Complaint

No. __08__ Civ. 2208(VM

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. §
(Prisoner Complaint)

The City Of New York Department of
Correction,Correction Warden Valerie Oliver,
correction Captain williams #127,
Correction Officer Walker # 17122
Correction Officer Tobert#15886
Correction officer fenelon,

#10

Jury Trial: ☒ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)_

RECEIVED
SDNY PRO SE OFFICE
2008 MAY 16  P 4: 38

**I.    Parties in this complaint:**

**1.** **A.**    List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of pap
as necessary.

Plaintiff        Name  Horace Gaines
ID #  441-07-14618
Current Institution  GMDC 15-15 Hazen Street
Address   East Elmhurst, new York 11370

**2.** **B.**    List all defendants' names, positions, places of employment, and the address where each defenda
may be served.  Make sure that the defendant(s) listed below are identical to those contained in th
above caption.  Attach additional sheets of paper as necessary.

_Rev. 05/2007_

Defendant No. 1

Name  Correction Warden Valerie Oliver  Shield #_____
Where Currently Employed  AMKC 18-18 Hazen St.
Address  East Elmhurst, new York 11370

Defendant No. 2

Name  Correction Captain Williams  Shield # 127
Where Currently Employed  AMKC 18-18 Hazen St,
Address  East Elmhurst, New York 11370

Defendant No. 3

Name  Correction Officer Walker  Shield # 17122
Where Currently Employed  AMKC 18-18 Hazen St.
Address  East Elmhurst, New York 11370

Defendant No. 4

Name Correction Officer Tobert  Shield # 15886
Where Currently Employed AMKC 18-18 Hazen St.
Address East Elmhurst, new York 11370

Defendant No. 5

Name  Correction Officer Fenelon,  Shield #_____
Where Currently Employed  GMDC 15-15 Hazen St.
Address  East Elmhurst, New York 11370

**3.** II.    **Statement of Claim:**

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  Rikers Island  AMKC 18-18 Hazen st . East Elmhurst, New York  ( C-95)

B.    Where in the institution did the events giving rise to your claim(s) occur?  The Recieving Room- Intake aera Pen # (2)

C.    What date and approximate time did the events giving rise to your claim(s) occur? The Starting date of  12/5/07, Time 5:oo o'Clock p.m. Till 12/8/07 4:20 p.m.

**4.** **D.** **Facts:** On 12/5/2007 Plaintiff HORACE GAINES, a Deaf Mute Inmate was transferred from V.C.B.C (The Boat) to Rikers Island C-71 Clinic then to C-95 recieving room at 5:00 p.m. then to C-95 Clinic ,as Plaintiff was done seeing medical Plaintiff was sent back to the receiving room in C-95 in which he staied until 12/4/2007 the next day, Plaintiff was then removed from the intake area again to sit at clinic throuh another process of waiting to be placed in a Bed, "up to Five hours" and then sent back to the receiving room area (Pen 2) in which Plaintiff staied another six hours without a bed nor giving anything to eat,then taken again back to pen#2 in the receiving room . This same process went on from 12/3/07 till 12/7 /07 a 72. hours and still not placed in a bed. Dorm nor Housing area or given something to eat. At this point the 4:00 p.m. to 12:00 a.m. Clinic officer Tobert notifie the intake C.O.Capt. that the Plaintiff was way over his time without a bed and had to be out A.S.P. on 12/8/07 2:00 a.m. Plaintiff was still at C-95 intake But later was taken to C-73 at 3:00 a.m. and escorted to 6-mian housing area at 5:55 to cell-17 for five minuts then at 6:00 a.m. escorted back to C-73 intake placed on a bus and taken to G.M.V.C. to go back and forth from C-73 to G.M.V.C.

(SEE ATTACHED)

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

**10.** **III.** **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As this whole matter went on Plaintiff sufferred a seizure. had never received his medication. was never given anything to eat.was never placed in a bed. Dorm. or Housing area. and forced to Deaficate on himsels because Plaintiff Signed to D.O.C. Capt. Williams#127. and D.O.C. Officer Walker #17122 for the bathroom. yet they made fun of his disabili ty of being a Deaf Mute cousing him to use the bathroom on himself

**IV.** **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

**11.** **A.** Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes x    No _____

*Rev. 05/2007*                                    3

Continue From Page 3

5. Until 4:00 P.M. on 12/8/2007 Plaintiff was taken back to C-73 and sent back to 6 mian loged in to cell 17 B-side 6.As this whole matter went on Plaintiff never was told why he was being taken through this problem nor was he given his medication, nor fed, or allowed to go to the bathroom, or Placed in a bed.

7. Plaintiff, went to Social Service to file a complaint and needded the break down printout from the computer to show the Deliberate Indifference 8.and learned that the Dates and locations had been changed to look as though every matter for having Plaintiff in a bed dorm, or housing unit at the right time was done correctly.

9. The D.O.C. Personnals Involed with the Deliberate Indifference to violating Plaintiff Medical and Physical needs which has violated a Court Order are Correctionnal Warden Valerie Oliver   , Correctionnal Capt. of C-95 Intake Williams #127, Correctionnal officer of C-95 Intake Walker #17122, Correction Officer Tobert #15886   ., Correctionnal officer of C-73 Intake Fenelon,

**ENDING OF PAGE 3**

**12.** If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   18-18  Hazen st. east  Elmhurst

New York 11370

**13. B.** Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __x__   No ____   Do Not Know ____

**14. C.** Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know __x__

If YES, which claim(s)? _____

**15. D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __x__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __x__   No ____

**E.** If you did file a grievance, about the events described in this complaint, where did you file the grievance?

15-15 Hazen st east Elmhurst New York 11370

**1.** Which claim(s) in this complaint did you grieve?  All Matters concering

caring for an Inmate

**2.** What was the result, if any?            N/A

**16. 3.** What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.   Because this complaint deals with Staff of D.O.C. THE appeal goes to the Warden

**F.** If you did not file a grievance:

**1.** If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

**17. 2.** If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any:   All matters
are brought through the office of complaince
consultants.

**18.** G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.  This complaint is a non-Grievable Issue outlined
in Directive#3375R

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.  Place see Exhibit A

**19.** V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount).  Plaintiff, Respectfully
request that this Court, Order and make the D.O.C. Defend-
ants named in this action an example by  Ordering them to
"Personally" Pay  too plaintiff $1,500.00 "each" a month for
Five years, for violating Plaintiff Rights by law, Cousing
his pain and suffering . Sending this message to all D.O.C.
Employees that this Court Order will not be Ingnored nor
will this behavior be tolerated. Plaintiff also request
that he be Awarded $2,800,000 . for his Mental Physcital
and Emotional suffering and the Deliberate indifference to
Plaintiff Medical,Physical, and Psychological needs. and what
ever else this Court may see just in this matter.

**20.** VI.    **Previous lawsuits:**

<table>
<tr><td>On these claims</td></tr>
</table>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No __x__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____    No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

<table>
<tr><td>On other claims</td></tr>
</table>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __x__    No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff   HORACE LEE GAINES _____

Defendants __ Supreme COURT  Et, Al., _____

2.    Court (if federal court, name the district; if state court, name the county) N/A _____

_____

3.    Docket or Index number __ N/A _____

4.    Name of Judge assigned to your case __ N/A _____

5.    Approximate date of filing lawsuit _____ Jan  2007 _____

6.    Is the case still pending? Yes __x__    No _____

If NO, give the approximate date of disposition _____

*Rev. 05/2007*                                                     6

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ ON going _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of May , 20 08

State of New York
County of The Bronx } ss.
Sword to Before
Me o 05/06/08

IOBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5062800
Qualified in Kings County
Commission Expires Nov. 27, 2009

Signature of Plaintiff _____ Horace Gaines _____

Inmate Number _____ 44107 14618 _____

Institution Address _____ 15-15 Hazen St _____
_____ East Elmhurst, N.Y. _____
_____ 11370 _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 6 day of May _____ , 20 08 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____ Horace Gaines _____

State of New York
County of The Bronx } ss.
Sworn To Before
Me on 05/06/2008

IOBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5062800
Qualified in Kings County
Commission Expires Nov. 27, 2009

*Rev. 05/2007*                                                    7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORACE GAINES
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

   - against -

The City OF New York Department
OF Correction,. Correctional Warden
John Doe, Corr. Capt. Williams #127,
Corr. officer Walker #17122, Et, Al.,
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

"Amended Complaint"

08  **Civ.** 2208  ( VM )(    )

**AFFIRMATION OF SERVICE**

State of New York )
County of The Bronx ) S.S

I, HORACE GAINES _____, **declare under penalty of perjury** that I have
           *(name)*

served a copy of the attached ___Civil Rights Act,42 U.S.C. § 1983_____
                  *(document you are serving)*

upon ___D.O.C. Et, Al.,_____ whose address is 18-18 hazen
         *(name of person served)*

___St. Anna m. Kross Detention center, East Elmhurst N.Y. 11370___
                *(where you served document)*

by ___U.S. Marshall_____
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:   MAY 6. , 2008
       *(Town/city)*     *(state)*

     Bronx N.Y.     20.08
     *(month)*    *(day)*   *(year)*

Sworn To Before
Me on 05/06/2008

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU6063800
Qualified In Kings County
Commission Expires Nov. 27, 2009

*Signature*  Horace Gaines

*Address*  15-15 HAZEN St.

*City, State*  East Elmhurst N.Y.

*ip Code*  11370

*Telephone Number*  None

*Rev. 05/2007*

*1/08    (3)*

## The City of New York
### Department of Correction

## INMATE GRIEVANCE RESOLUTION COMMITTEE

Date        :    *January 16th 2008*

To          :    *Horace Gaines  #441-07-14618    6 Main*

From        :    *IGRC / GMDC*

Subject     :              NON-GRIEVABLE COMPLAINT

On *1/16/08* _____ the IGRC received your complaint. The Purpose of this memo is to inform you that the complaint submitted by you has been determined by this committee to be a non-grievable complaint as outlined in Directive #3375R, thus not falling within the jurisdiction of the Inmate Grievance Resolution Committee (IGRC). The reason that your complaint is non-grievable is:

__    that the matter does not fall under the purview of the IGRP.

__    that the matter pertains to an alleged assault/harassment.

__    that the matter has been filed with another Agency, court or the Inspector General's office.

__    that the matter is in litigation.

✓    that the action requested is to censor, discipline or remove the staff person from an assignment and that is beyond the purview of the IGRC as per CORC Disposition #1421/82.

__    that there is already an existing appeal mechanism within the Department of Correction.

__    that it is a matter outside the jurisdiction of the Department of Correction.

__    that the complaint does not directly affect the grievant.

Grievance Coordinator

C: Warden

Form #

# GRIEVANT'S STATEMENT FORM

*1/16/08 BOX PICK UP*

Facility: **GMDC**          Grievance No: _____          Cat _____

Grievant's Name **Horace Gaines**     Book& Case # **44107  14618**

Location: **6 m**          Date: **1/10/08**

*IGRP/GMDC  1/16/08*

that the action requested is to censor, discipline or remove the staff person from   work sheet from
an assignment and that is beyond the purview of the IGRC as per CORC   file in the grievant's
Disposition #1421/82.

ON 12/3/07 I HORACE GAINES A DEAF MUTE INMATE WAS TRANSFERED FROM V.C
TO RIKERS ISLAND C-95 INTAKE THEN TO C-71 RECEIVING CLINIC AT 5:00 P.M THEN TO
C-95 CLINIC, AS PLAINTIFF WAS DONE SEEING MEDICAL HE WAS SENT BACK TO INTAKE
IN WHICH HE STAYED UNTIL 12/4/07 THE NEXT DAY, GAINES WAS THEN REMOVE
FROM THE INTAKE AND ESCORTED BACK TO THE CLINIC TO SIT THROUGH ANOTHER
PROCESS OF NOT BEING FED NOR BEING PLACED IN A BED, AND SENT BACK
TO INTAKE 3 TIMES AND STILL NOTHING, THIS PROCESS WENT ON FOR 106
HOURS FROM 12/3/07 TO 12/8/07 2:40 A.M. UNTIL BEING TRANSFERRED
TO G.M.D.C. INTAKE AT 3:A.M HE WAS SENT TO HOUSING UNIT 6m AT 5:55
A.M. ONLY TO BE ESCORTED BACK TO INTAKE AT 6:00 A.M THEN BACK AND
FORTH FROM 73 TO RECON FOR 15 HOURS, TO BACK UP THESE FACKS
IT WILL NOT BE FOUND IN THE COMPUTER, ONLY IN HOUSING UNIT LOG BOOK
AND "MEDICAL" WILL SHOW IVE WAS HOUSED AT V.C.B.C. FROM 12/1/07 TO
12/3/07, AND AT G.M.D.C. 6m ON 12/8/07

**ACTION**
**REQUESTED:** PLAINTIFF REQUEST THAT DOC C-95 WARDEN, CORR. CAPT WILLIAMS #127
CORR. OFFICER WALKER #7102, CORR CLINIC OFFICER MS. ALCON, AND G.M.D.C. INTAKE 6 TO
OFFICER PAY PLAINTIFF $1500.00 EACH A MONTH FOR FIVE YEARS, FOR VIOLATING A COURT
ORDER, PLAINTIFF RIGHTS AS A HANDICAP DEAF MUTE, BY NOT HOUSING HIM IN A BED
NOT FEEDING HIM, NOT BEING GIVEN HIS MEDICATION, AND COUSING GAINES
TO DEAFICATE ON HIMSELF

_____X_____  Grievant agree to have his statement edited for clarification by IGRP staff

_____X_____  I am requesting that the grievance be written for me by the IGRP staff

**1/10/08**
**Date**

*Horace Gaines*
**Grievant's Signature**

_____
**Witness (IGRP Represetive)**

C.C.
H.G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____  Horace Gaines  _____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

**The City Of New York Department Of Corr,
correction Warden Valerie Oliver, Corr,
Capt. Williams #127, Corr. Officer walker
#17122,Corr. Officer Tobert#15886 Et,Al.,**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

08 __ Civ. 2208 __ ( VM ) ( __ )

**AFFIRMATION OF SERVICE**

I, __ **Horace Gaines** _____ , **declare under penalty of perjury that I have**
                    *(name)*

served a copy of the attached **Civil Rights Act ,42 U.S.C. § 1983** _____
                                        *(document you are serving)*

upon __ **D.O.C. Officer tobert#15886 Et,Al.,** __ whose address is __ **18-18 Hazen**
        *(name of person served)*

**Street anna M. Kross center, east Elmhurst, New york 11370** _____
                            *(where you served document)*

by __ **Ordinary first-Class Mail** _____
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __ **Bronx** __ , __ **N.Y.** __
        *(town/city)*      *(state)*

__ **May** __  __ **7** __ 20 **08**
    *(month)*   *(day)* *(year)*

State of New York
County of the Bronx} ss.
Sworn To Before Me
on 05/07/08

*Iqbal Naz Sulehri*

Signature *Horace Gaines*

Address 15-15 Hazen St.

City, State East Elmhurst

New York 11370
Zip Code

Telephone Number None

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5062800
Qualified in Kings County
Commission Expires Nov. 27, __ 2009

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Horace Gaines_

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

08  Civ. 2208  (VM) ( )

- against -

**The City Of New York Department Of Corr,
correction Warden Valerie Oliver, Corr,
Capt. Williams #127, Corr. Officer walker
#17122,Corr. Officer Tobert#15886 Et,Al.,**

**AFFIRMATION OF SERVICE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, _Horace Gaines_ , declare under penalty of perjury that I have
        _(name)_

served a copy of the attached _Civil Rights Act ,42 U.S.C. § 1983_
                                      _(document you are serving)_

upon _D.O.C. warden Valerie Olver Et,Al.,_ whose address is _18-18 Hazen_
         _(name of person served)_

_Street Anna M. Kross Detention Center, East elmhurst, N.Y. 11370_
                              _(where you served document)_

by _Ordinary first-Class Mail_
      _(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: _Bronx_ , _N.Y._
         _(town/city)_      _(state)_

_May_  _7_ , 20 _08_
   _(month)_   _(day)_ _(year)_

State of New York
County of The Bronx} ss.
Sworn To Before
Me on 05/07/2008
Iqbal Naz Sulehria

Signature _Horace Gaines_

Address _15-15 HAZEN St._

City, State _East Elmhurst,_

Zip Code _NEW York 11370_

Telephone Number _NON ork NONE_

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5062800
Qualified in Kings County
Commission Expires Nov. 27, _2009_

_Rev. 05/2007_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

__ Horace Gaines _____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

The City Of New York Department Of Corr,
correction Warden Valerie Oliver, Corr,
Capt. Williams #127, Corr. Officer walker
#17122,Corr. Officer Tobert#15886 Et,Al.,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

08 Civ. 2208 ( VM ) (___)

**AFFIRMATION OF SERVICE**

I, __Horace Gaines_____, **declare under penalty of perjury** that I have
                    *(name)*

served a copy of the attached Civil Rights Act ,42 U.S.C. § 1983 _____
                                              *(document you are serving)*

upon __D.O.C. capt. Williams#127 Et, Al.,_____ whose address is 18-18 hazen
        *(name of person served)*

Street Anna M. kross Center, east Elmhurst, New york 11370 _____
                                    *(where you served document)*

by __Ordinary first-Class Mail_____
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  __Bronx_____, __N.Y.__
            *(town/city)*          *(state)*

__May_____  __7__, 20 08
  *(month)*    *(day)  (year)*

State of New York
County of The Bronx} ss.
Sworn To Before Me
on 05/07/08.
*Zabel Naz Sulehria*

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5062800
Qualified in Kings County
Commission Expires Nov. 27, 2009

*Signature* — *Horace Gaines*

*Address* — 15-15 Hazen St.

*City, State* — East Elmhurst,

*Zip Code* — New York 11370

*Telephone Number* — NONE NONE

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Horace Gaines_
_____

_____

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

_The City Of new York Department Of_
_correction, Correction Warden Valerie_
_oliver, Corr, Capt. Williams # 127, Corr,_
_officer Walker#17122, C.O. Tobert#15886_ ET,AL.,

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

_08_ Civ. _2208_ ( VM) (___)

**AFFIRMATION OF SERVICE**

I, _Horace Gaines_
           _(name)_
, **declare under penalty of perjury** that I have

served a copy of the attached _Civil rights Act,42 U.S.C. § 1983_
                               _(document you are serving)_

upon _D.O.C. Officer Walker#17122 Et,Al.,_ whose address is _18-18 Hazen_
     _(name of person served)_

_Street Anna M. Kross Detention Center, East Elmhurst, N.Y. 11370_
                                              _(where you served document)_

by _ordinary first-class mail_
   _(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: _Bronx_____ , _N.Y.__
       _(town/city)_   _(state)_

_May_____ _7_, 20_08_
_(month)_  _(day)_ _(year)_

State of New York
County of The Bronx } ss.
Sworn To Before Me
on 05/07/08.

_Iqbal Naz Sulehria_

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU5082800
Qualified in Kings County
Commission Expires Nov. 27, 2 009

_Horace Gaines_
Signature

15-15 Hazen St.
Address

East Elmhurst,
City, State

New York 11370
Zip Code

None None
Telephone Number

_Rev. 05/2007_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Horace Gaines__

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

__The City Of New York Department Of Corr,
correction Warden Valerie Oliver, Corr,
Capt. Williams #127, Corr. Officer walker
#17122,Corr. Officer Tobert#15886 Et,Al.,__

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

__08__  Civ. __2208__  (__VM__) (__)

**AFFIRMATION OF SERVICE**

I, __Horace Gaines__
_(name)_
, **declare under penalty of perjury** that I have
served a copy of the attached __Civil Rights Act ,42 U.S.C. § 1983__
_(document you are serving)_
upon __D.O.C. Officer feneion,  Et,Al.,__
_(name of person served)_
whose address is __15-15 hazen__
__Street George Motchan Detention Center, East Elmhurst, New York 11370__
_(where you served document)_
by __Ordinary first-Class Mail__
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated:  __Bronx__        , __N.Y.__
  _(town/city)_        _(state)_

  __May__      __7__, 20 __08__
  _(month)_     _(day)_  _(year)_

State of New York,
County of The Bronx} ss
Sworn to Before me
on 05/07/08

_Zahal Naz Sulla_

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 61SU5062800
Qualified in Kings County
Commission Expires Nov. 27, __2009__

_Horace Greens_
Signature
15-15 Hazen St.
Address
East Elmhurst
City, State
New York 11370
Zip Code
NONE NONE
Telephone Number

_Rev. 05/2007_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Horace Gaines_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___08___ Civ. __2208___ ( __VM__ ) ( __ )

- against -

The City Of New York Department Of Corr,
correction Warden Valerie Oliver, Corr,
Capt. Williams #127, Corr. Officer walker
#17122,Corr. Officer Tobert#15886 Et,Al.,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**

I, __Horace Gaines_____, **declare under penalty of perjury** that I have
                   *(name)*

served a copy of the attached __Civil Rights Act ,42 U.S.C. § 1983_____
                                                      *(document you are serving)*

upon __UNITED STATES DISTRICT Court___ OF s.d.  whose address is __500 Pearl St__
           *(name of person served)*

New york, New York 10007    Room 230_____
                                      *(where you served document)*

by __Ordinary first-Class Mail_____
           *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Bronx_____, __N.Y.__
           *(town/city)*        *(state)*

_____May_____  __7__, 20_08_
      *(month)*      *(day)*  *(year)*

State of New York
County of The Bronx) ss.
Sworn To Before Me
on 05/07/08

Iqbal Naz Sulehria

IQBAL NAZ SULEHRIA
NOTARY PUBLIC, State of New York
No. 01SU6082600
Qualified in Kings County
Commission Expires Nov. 27, __2009__

_Horace Gaines_
Signature

_15-15 HAZEN St._
Address

_EAST Elmhurst_
City, State

_New York 11370_
Zip Code

_NONE NONE_
Telephone Number

*Rev. 05/2007*

To: the Pro-se Office
    united state District Court
    Southern district Of New York

May ,7 2008

From: Plaintiff Horace Gaines
      GMDC 15-15 Hazen Street
      east Elmhurst, N.Y. 11370

08Civ02208 (VM)

RE: Filing a New Complaint and amending the Defendant(s)

Dear Sir/Madam,

        Please acknowledge that the Plaintiff Is amending the complaint with the names of two new defendant's

Thank You For Your Time

Respectfully Yours

*Horace Gaines*
Horace Gaines
15 - 15 Hazen St.
East Elmhurst,
New York 11370

[illegible]race Gaines 441-07-14618
[illegible]. 15-15 Hazen[illegible] Street
Elmhurst, New York 11370

United States District Co[urt]
Southern District of New York
Daniel Patrick Moynihan United States Courtho[use]
500 Pearl Street, Room 230
New York, New York 10007

41 USA

USM[S]
SDN[Y]

MA[Y]
8
2008

100078131$6 C014