USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Horace Gaines,

        Plaintiff,

  -against-

The City of New York Department
of Correction, Correction Warden
Valerie Oliver, Correction
Captain Williams #127,
Correction Officer Walker
#17122, Correction Officer
Tobert #15886, Correction
Officer Fenelon,

        Defendants.
------------------------------------X

PRO SE

08 Civ. 2208 (VM)(THK)

**SCHEDULING ORDER**

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case was referred to this Court for general pretrial supervision. It is hereby ORDERED:

    1. Defendants shall produce to Plaintiff all records relating to Plaintiff's intake, housing, and medical care, at various facilities on Rikers Island and V.C.B.C., between December 1, 2007 and December 15, 2007.

    2. Plaintiff may request of Defendants any additional documents he considers relevant to his claims.

    3. All pretrial discovery shall be completed by December 15, 2008.

    4. There shall be no further amendments of pleadings or joinder of additional parties without good cause shown.

    5. Defendants are to give consideration to how this action can be settled and, by no later than October 15, 2008, should initiate settlement discussions with Plaintiff. By no later than October

COPIES MAILED
TO COUNSEL OF RECORD ON 9/3/08

30, 2008, Defendants should advise the Court if assistance with settlement efforts would be helpful.

6. If Plaintiff has any questions about how to proceed in this matter, he should contact the Court's Pro Se Office for assistance, available directly at the following address:

> United States District Court
> Southern District of New York
> Pro Se Office
> 500 Pearl Street, Room 230
> New York, NY 10007

7. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   September 3, 2008
         New York, New York


Copies mailed to:

Horace Gaines
91A-8829
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, New York 12524

Heather R. Skeeles-Shiner
Assistant Corporation Counsel
of the City of New York
100 Church Street, Room 2-165
New York, New York 10007