```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
PATRICIA A. GRANT,                 :
                                   :
              Plaintiff,           :     PRO SE
                                   :
     -against-                     :     08 Civ. 2208 (SHS)(THK)
                                   :
NEW YORK CITY DEPARTMENT OF        :
EDUCATION, and JOHN DOE            :     SCHEDULING ORDER
                                   :
                                   :
              Defendants.          :
                                   :
----------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/5/08**

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case was referred to this Court for general pretrial supervision. An initial pretrial conference having been held with the parties, it is hereby ORDERED:

1. There shall be no further amendments of pleadings or joinder of additional parties without good cause shown.

2. The parties shall exchange all relevant documents in their possession by October 17, 2008.

3. All discovery, including depositions, shall be completed by December 3, 2008.

4. Any dispositive motions shall be filed by January 2, 2009; responses shall be filed by February 2, 2009; and replies, if any, shall be filed by February 12, 2009.

5. If Plaintiff has any questions about how to proceed in this matter, she should contact the Court's Pro Se Office for assistance, available directly at the following address:

```
United States District Court
Southern District of New York
Pro Se Office
500 Pearl Street, Room 230
New York, NY 10007
```

COPIES MAILED TO COUNSEL OF RECORD ON 9/5/08

6.  The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:    September 4, 2008
          New York, New York


Copies mailed to:

Patricia A. Grant
1743 Montgomery Avenue
Bronx, New York 10453

Robyn Leigh Silvermintz
New York City Law Department
100 Church St.
Room 2-118
New York, NY 10007